**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Adams v. Davenport et al

Case Number:   3:07-cv-01128-MHT

Reference document - Receipt  - attachment to Doc. 1

This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002441
Cashier ID: khaynes
Transaction Date: 12/27/2007
Payer Name: WEBSTER HENRY LYONS AND WHITE
--------------------------------------
CIVIL FILING FEE
 For: WEBSTER HENRY LYONS AND WHITE
 Case/Party: D-ALM-3-07-CV-001128-001
 Amount:         $350.00
--------------------------------------
CHECK
 Check/Money Order Num: 15679
 Amt Tendered:   $350.00
--------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

WOOD V. CITY OF LANETT
```