IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **STEVEN WOOD, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 07-CV-1128-MHT** |
| ) | |
| **CITY OF LANETT, a municipality,** ) | |
| **MIKE YARBROUGH, in both his** ) | |
| **individual and official capacities;** ) | |
| **OSCAR CRAWLEY, in both his** ) | |
| **individual and official capacities;** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, City of Lanett, Alabama, in the above styled matter, by and through its attorney of record, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.    This party is a governmental entity.

Respectfully submitted,

　　　/s/ T. Randall Lyons　　　
T. RANDALL LYONS (LYO006)
Attorney for the Defendants

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date of January 3, 2008, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Timothy Dillard
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, AL 35203

                                            /s/ T. Randall Lyons
                                            OF COUNSEL