IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STEVEN WOOD,       )<br>                   )<br>   Plaintiff,   )<br>                   )<br>   v.              )<br>                   )<br>CITY OF LANETT, a  )<br>Municipality, et al., )<br>                   )<br>   Defendants.    ) | CIVIL ACTION NO.<br>3:07cv1128-MHT |

ORDER

It is ORDERED that the motion to remand (Doc. No. 13) is set for submission, without oral argument, on January 22, 2008, with all briefs due by said date.

DONE, this the 9th day of January, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE