IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **STEVEN WOOD, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 07-CV-1128-MHT |
| ) | |
| **CITY OF LANETT, a municipality,** ) | |
| **MIKE YARBROUGH, in both his** ) | |
| **individual and official capacities;** ) | |
| **OSCAR CRAWLEY, in both his** ) | |
| **individual and official capacities;** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Rules Civil Procedure 26(f), a meeting was held on January 17, 2008 and was attended by:

1. Tim Dillard for Plaintiff; and

   T. Randall Lyons for Defendants, Oscar Crawley, Mike Yarbrough, and City of Lanett.

**2. PRE-DISCOVERY DISCLOSURES:**

The parties will exchange by February 15, 2008 the information required by Federal Rule of Civil Procedure 26(a)(1).

**3. DISCOVERY PLAN:**

The parties jointly propose to the Court the following Discovery Plan:

- Discovery will be needed on the following subjects

- o The due process claims by the Plaintiff,
- o The claims by the Plaintiff of retaliation,
- o Breach of implied contract,
- o Wrongful termination,
- o Intentional interference with a contractual relationship,
- o Intentional infliction of emotional distress,
- o Defamation, and
- o Breach of contract.

- All discovery commenced in time to be completed by May 15, 2008.
- Maximum of 40 Interrogatories by each party to any other party. Responses due 30 days after service.
- Maximum of 30 Request for Admissions by each party to any other party. Responses due 30 days after service.
- Maximum of six depositions by Plaintiff and six depositions by Defendants. Each deposition is limited to a maximum of four hours unless extended by agreement of the parties.
- Report of retained experts under Rule 26(a)(2) due:
  - o From Plaintiff by April 1, 2008
  - o From Defendants by May 1, 2008
- Supplementations under Rule 26(e) due every 30 days.

4.  **OTHER ITEMS:**

- The parities do not request a conference with the Court before entry of the Scheduling Order.

- The parties request a pretrial conference in September 2008.

- The Plaintiffs should be allowed until February 15, 2008 to adjoin additional parties and until March 1, 2008 to amend the pleadings.

- Defendants should be allowed until March 15, 2008 to adjoin additional parties and until March 15, 2008 to amend the pleadings.

- All potential dispositive motions should be filed by June 1, 2008.

- Settlement cannot be evaluated prior to April 1, 2008.

- Final list of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff by May 15, 2008 and from Defendants by May 15, 2008. Parties should have 30 days after the final list of witnesses and exhibits to list objections under Rule 26(a)(3).

- The case should be ready for trial by the October 14, 2008 trial term and should last approximately two to three days.

Respectfully submitted,

_/s/ Timothy Dillard_
TIMOTHY DILLARD
Attorney for the Plaintiff

OF COUNSEL:

Dillard & Associates
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, AL 35203
205-251-2823
205-251-3832

                                              Respectfully submitted,


                                              /s/ T. Randall Lyons
                                            T. RANDALL LYONS (LYO006)
                                            Attorney for the Defendants


OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599