IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STEVEN WOOD, | ) |
| | ) |
|    Plaintiff, | ) |
| | )  CIVIL ACTION NO. |
| v. | )  3:07cv1128-MHT |
| | ) |
| CITY OF LANETT, et al., | ) |
| | ) |
|    Defendants. | ) |

ORDER

Pursuant to 28 U.S.C. § 1447(b), it is ORDERED that defendants City of Lanett, Mike Yarbrough, and Oscar Crawley are to file with the district court clerk, by Friday, February 8, 2008, copies of all records and proceedings in state court. The record shall include, but is not limited to, the state-court docket sheet and plaintiff Steven Wood's motion to amend his petition.

DONE, this the 4th day of February, 2008.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE