IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STEVEN WOOD, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>CITY OF LANETT, a )<br>Municipality, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>3:07cv1128-MHT |

ORDER

It is ORDERED that the motion to remand (Doc. No. 13) is set for on-the-record oral argument on April 3, 2008, at 9:00. Counsel for plaintiff is to arrange for the argument to be conducted by telephone-conference call.

DONE, this the 12th day of March, 2008.

                                   /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE