**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

RECEIVED
2008 APR 15 P 3: 42

| | | |
|---|---|---|
| **STEVEN WOOD, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 07-CV-1128-MHT** |
| | ) | |
| **CITY OF LANETT, a municipality, MIKE YARBROUGH, in both his individual and official capacities; OSCAR CRAWLEY, in both his individual and official capacities; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' SUBMISSIONS**

COME NOW the Defendants/Respondents, City of Lanett, Alabama, Oscar Crawley, and Mike Yarbrough, by and through their attorney of record, and submit the blown-up certified copies of the green cards from the clerk's office showing service to Defendants Yarbrough and Crawley as requested by the Court. The circuit clerk was unable to provide the original cards, in light of not wishing them to leave the court file.

Further, the Defendants would state one issue that was not completely discussed at the oral argument, which is Rule 15(a) of the Alabama Rules of Civil Procedure, which states that:

> "Unless a court has ordered otherwise, a party may amend a pleading without leave of court."

However, the Rule goes on further to state,

> "but subject to disallowance on the court's own motion or a motion to strike of an adverse party, at any time more than forty-two days before the first setting of the case for trial, and such amendment shall be freely allowed when justice so requires."

In this matter, the Plaintiff filed a motion to amend the complaint and at the same time attached thereto the amended petition. The Defendants did remove the case within thirty days of the Circuit Court's order allowing the amendment. As stated in Rule 15(a), the Circuit Court could have, even without making a motion to amend, disallowed the pleading. Therefore, the Defendants would state unto the Court that the fact that the Plaintiff filed a motion to amend, although, they may not have needed to, it put the issue before the Circuit Court where the court could have disallowed the amendment. Thus, making a removal prior to the Court's order would be improper.

Therefore, the Defendants would respectfully request the Court to deny the Plaintiff's Motion to Remand.

Respectfully submitted,

T. RANDALL LYONS (LYO006)
Attorney for Defendants/Respondents

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the following on this the 15th day of April, 2008 via United States Mail, postage prepaid:

Timothy Dillard
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, AL 35203

OF COUNSEL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Yarbrough
1012 South 13th Avenue
Lanett, AL 36863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elizabeth Yarbrough ☐ Agent ☐ Addressee

B. Received by (Printed Name) Elizabeth Yarbrough

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CV 1128

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1820 0003 2098 9808

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540




**Charles W. Story**
Circuit Clerk
Chambers County Courthouse
LaFayette, Alabama 36862

LaFayette: (334) 864-4348
Lanett / Valley: (706) 586-8411
Valley Annex: (334) 768-7068
Fax: (334) 864-4368

**Barbara H. Teel**
Deputy Circuit Clerk

STATE OF ALABAMA
CHAMBERS COUNTY

IN THE CIRCUIT / DISTRICT COURT OF CHAMBERS COUNTY, ALABAMA

I, CHARLES W. STORY, AS CLERK OF THE CIRCUIT AND DISTRICT COURTS OF CHAMBERS COUNTY, ALABAMA, DO HEREBY CERTIFY THAT THE FOREGOING DOCUMENT CONSISTING OF 1 PAGE(S), IS THE TRUE AND CORRECT COPY OF THE RECORD ON FILE IN THIS OFFICE.

WITNESS MY HAND, AND SEAL OF SAID COURT THIS THE 8 DAY OF April 2008

Charles W. Story CWS

CHARLES W. STORY / BY:__CWS__________
CIRCUIT / DISTRICT COURT CLERK

*COURT SEAL*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oscar Crawley
City Hall - Mayor's Office
401 N. Lanier Ave.
Lanett, AL 36863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X James Clark ☐ Agent ☒ Addressee

B. Received by (*Printed Name*) JAmes CLArk

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CW 06-267

LANETT AL 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 1820 0003 2098 9815

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



**Charles W. Story**
Circuit Clerk
Chambers County Courthouse
LaFayette, Alabama 36862

LaFayette: (334) 864-4348
Lanett / Valley: (706) 586-8411
Valley Annex: (334) 768-7068
Fax: (334) 864-4368

**Barbara H. Teel**
Deputy Circuit Clerk

STATE OF ALABAMA
CHAMBERS COUNTY

IN THE CIRCUIT / DISTRICT COURT OF CHAMBERS COUNTY, ALABAMA

I, CHARLES W. STORY, AS CLERK OF THE CIRCUIT AND DISTRICT COURTS OF CHAMBERS COUNTY, ALABAMA, DO HEREBY CERTIFY THAT THE FOREGOING DOCUMENT CONSISTING OF 1 PAGE(S), IS THE TRUE AND CORRECT COPY OF THE RECORD ON FILE IN THIS OFFICE.

WITNESS MY HAND, AND SEAL OF SAID COURT THIS THE 8 DAY OF April 2008

Charles W. Story CWS

CHARLES W. STORY / BY:__CWS__________
CIRCUIT / DISTRICT COURT CLERK

*COURT SEAL*