## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN WOOD, an individual,** | ) | |
| | ) | 2008 JUN -5 P 3: 26 |
| **Plaintiff,** | ) | |
| | ) | DEBRA P. HACKETT, CLK |
| **v.** | ) | U.S. DISTRICT COURT |
| | ) | MIDDLE DISTRICT ALA |
| **CITY OF LANETT, a municipality,** | ) | **CASE NO.:** |
| **MIKE YARBROUGH, in both his** | ) | |
| **individual and official capacities;** | ) | **07-CV-1128-MHT** |
| **OSCAR CRAWLEY, in both his** | ) | |
| **individual and official capacities;** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants, by and through their attorney of record, and files this

Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 456, and moves

this Honorable Court to grant this Motion for Summary Judgment. In support thereof, the

Defendants state as follows:

1. There are no genuine issues of material fact.

2. The Defendants are entitled to judgment as a matter of law.

3. As a matter of law, the Defendants should not wrongfully terminate the Plaintiff.

4. As a matter of law, the Defendants should not deprive the Plaintiff of his civil rights.

5. As a matter of law, the Defendants should not intentionally inflict emotional distress upon the Plaintiff.

6.    As a matter of law, the Defendants did not breach any implied contract with the Plaintiff.

7.    As a matter of law, the Defendants did not intentionally interfere with a contractual relationship.

8.    The Defendants offer the following in support of their motion for summary judgment:

    a.    all pleadings

    b.    Defendants' Narrative Summary of Undisputed Facts and Brief of Applicable Law filed simultaneously herewith in support of this motion.

    c.    Plaintiff's response to Request for Admissions and Request for Admissions. Attached hereto as Exhibit "A".

    d.    Administrative Investigation Report with the Lanett Police Department dated October 2, 2006. Attached hereto as Exhibit "B".

    e.    Notification of Disciplinary Hearing document. Attached hereto as Exhibit "C".

    f.    Notice of Administrative Leave with Pay document. Attached hereto as Exhibit "D".

    g.    Decision Upon Disciplinary Hearing document dated October 31, 2006. Attached hereto as Exhibit "E".

    h.    Employee Personnel Handbook for the City of Lanett. Attached hereto as Exhibit "F".

WHEREFORE, THE PREMISES CONSIDERED, the Defendants respectfully request that this Honorable Court grant their Motion for Summary Judgment.

Respectfully submitted,

T. RANDALL LYONS (LYO006)
Attorney for Above-named Defendants

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 211
Auburn, AL 36830
334-887-0111

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following on this the 5th day of June, 2008 via United States Mail, postage prepaid:

Timothy Dillard
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham ,AL 35203

OF COUNSEL

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| STEVEN WOOD, an individual, | ) |
| | ) |
| Petitioner. | ) |
| | ) |
| v. | )   Civil Action No.: 07-CV-1128-MHT |
| | ) |
| CITY OF LANETT, et al. | ) |
| | ) |
| Respondents. | ) |

---

### PLAINTIFF'S RESPONSE TO RESPONDENTS REQUEST FOR ADMISSIONS

---

COMES NOW, Plaintiff Steven Wood, by and through undersigned counsel, who hereby

files these Responses to Respondents Request for Admissions, and answers the same as follows:

### RESPONSES

1.   Admitted

2.   Admitted

3.   Admitted

4.   Admitted

**DILLARD & ASSOCIATES, L.L.C.**
**Attorneys for Petitioner**

Timothy L. Dillard (DIL003)
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
(205) 251-2823

EXHIBIT

**A**

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, first class postage prepaid and properly addressed on this the 25th day of April, 2008, to wit:

## RESPONDENT'S ADDRESS

**T. Randall Lyons**
Attorney for all Respondents
Webster, Henry & Lyons, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 211
Auburn, AL 36830

23-021

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

STEVEN WOOD, an individual,           )
                                      )
    Plaintiff,    )
                                      )
v.                                    )    Case No.: 07-CV-1128-MHT
                                      )
CITY OF LANETT, a municipality,       )
MIKE YARBROUGH, in both his           )
individual and official capacities;   )
OSCAR CRAWLEY, in both his            )
individual and official capacities;   )
et al.,                               )
                                      )
    Defendants.   )

## RESPONDENT'S REQUEST FOR ADMISSIONS

COMES NOW the Respondent, City of Lanett, Alabama, by and through its

attorney of record, and respectfully request Petitioner Wood to admit or deny the

following:

1.    Please admit that the attached ordinance #05-05-04, an ordinance to amend

the Code of Ordinances of the City of Lanett was amended to state as

follows:

> "Non-Custodial Arrest Citation Form.
> Whenever in this Code or in any ordinance of the city an act is
> prohibited or is made or declared to be unlawful or an offense or a
> misdemeanor, or whenever in such Code or ordinance the doing of
> any act is required or the failure to do any act is declared to be
> unlawful, in addition to other lawful procedures to effect a non-
> custodial/non-custodian arrest or citation, any police officer, other
> official of the city or private individual with the authority to issue
> citations may use to effect such non-custodial/non-traffic arrest the

State of Alabama Unified Judicial System Uniform Non-traffic
Citation and Complaint Form as such form now exists or may in the
future be amended."
(See amended ordinance attached as Exhibit "A").

Please admit that this non-custodial arrest citation form ordinance was in effect at

the time of your arrest of City Councilman Mike Yarbrough.

2.    Please admit that general order #2005-21, to all personnel from Chief Ron

Docimo dated May 22, 2005, was effective immediately and that personnel

may use the uniform non-traffic citation and complaint in the place of

making a custodial arrest for an ordinance violation and this was to be done

at the officers discretion. The form could be used for ordinances that treat

the offense as a violation or as a misdemeanor. When this form is

completed, the pink copies are to be given to the violator. The issuing

officer will then appear before a magistrate and "swear" to the citation as is

done with a traffic citation. The issuing officer is to complete an arrest

report and turn both documents into the records division at the same time.

Please admit that this was a general order in effect prior to the time of your

arrest of Councilman Mike Yarbrough.

3.    Please admit that the arrest of Councilman Mike Yarbrough was for an

ordinance violation.

4.    Please admit that in lieu of arresting Councilman Yarbrough and taking him

to jail, a uniform non-traffic citation and complaint could have been issued

to him.

Respectfully submitted,

T. RANDALL LYONS (LYO006)
Attorney for Above-named Respondent

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 211
Auburn, AL 36830
334-887-0111

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following on this the _____ day of April, 2008 via United States Mail, postage prepaid:

Timothy Dillard
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham ,AL 35203

OF COUNSEL

## ORDINANCE NO. 05-05-04
### AN ORDINANCE TO AMEND THE CODE OF ORDINANCES
### OF THE CITY OF LANETT, ALABAMA

WHEREAS, the Mayor and Council of the City of Lanett, Alabama (the "City") deem it to be in the best interests of the citizens of the City to amend Chapter 1 of the Code of Ordinances (General Provisions) of the City by adding a new section thereto dealing with the adoption of the form of a uniform non-traffic citation and complaint form.

NOW THEREFORE, BE IT HEREBY ORDAINED BY THE MAYOR AND COUNCIL OF THE CITY OF LANETT, ALABAMA, AS FOLLOWS:

Section 1.    Chapter 1 of the Code of Ordinances of the City of Lanett, Alabama is hereby amended by adding a new Section 1-15 thereto which shall read in words as follows:

"*Sec. 1-15. Non-Custodial Arrest Citation Form.*

*Whenever in this Code or in any ordinance of the city an act is prohibited or is made or declared to be unlawful or an offense or a misdemeanor, or whenever in such Code or ordinance the doing of any act is required or the failure to do any act is declared to be unlawful, in addition to other lawful procedures to effect a non-custodial/non-custodial arrest or citation. any police officer, other official of the city or private individual with the authority to issue citations may use to effect such non-custodial/non-traffic arrest the State of Alabama Unified Judicial System Uniform Non-traffic Citation and Complaint Form(Form ABJA-20) as such form now exists or may in the future be amended.*

Section 2.    All ordinances or parts of ordinances in conflict herewith are hereby repealed.

Section 3.    This ordinance shall become effective upon its due publication as required by law.

ADOPTED this 2nd day of May 2005.

_____
OSCAR CRAWLEY, Mayor

ATTEST:

_____
Acting City Clerk


EXHIBIT A

# RECEIPT OF GENERAL ORDER
#2005-21

My signature denotes that I have received, read and understand this General Order.

| Employee | Signature | Date |
|----------|-----------|------|
| Sgt. Wood | | 5/22/05 |
| Off. Clark | | May 22, 2005 |

GENERAL ORDER #2005-21

TO:  All Personnel
FR:  Chief Docimo
RE:  Uniform Non-Traffic Citation and Complaint
DA:  May 22, 2005

Effective immediately personnel may use the Uniform Non-Traffic Citation and
Complaint in the place of making a custodial arrest for an ordinance violation, this is
done at the officer's discretion.  This form can be used for ordinances that treat the
offense as a violation or as a misdemeanor.  When this form is completed, the pink copy
is to be given to the violator.  The issuing officer will then appear before a magistrate and
"swear" to the citation as is done with a traffic citation.  The issuing officer is to complete
an arrest report and turn both documents into the Records Division at the same time.

cc:  File

# Administrative Investigation Complaint
## Lanett Police Department
### For Internal Use Only

Date Reported: _10 / 2 / 2006_    Time of Report: _0850_

Complainant's Name: _MIKE YARBROUGH_

Complainant's Address: _1018 S 13th Ave  LANETT, AL. 36863_

Date of Birth: _3/18/58_    Home Phone: _642 4747_    Work: _645 7609_

Nature of Complaint: _WAY ARREST WAS HANDLED_

Employee(s) named in complaint: _LT. STEVEN WOOD_

---

**Employee(s) supervisor:** _CHIEF RON DOCIMO_

**Location of Reported Occurrence:** _RESIDENCE_

Name(s) of Witnesses:        Address:                    Telephone:

---

## Narrative:

_SEE ATTACHED STATEMENT._

---

continue on witness statement form

Signature of Supervisor    I.D. NO.    Complainant's Signature    Date

Below for Administrative Use

Received by Command level:        Date        Previous Administrative Contact

[ ] Yes    [ ] N

EXHIBIT

**B**

AT 9:30 SATURDAY NIGHT 9/30/06 I WAS LAYING ON THE SOFA WHEN THE DOOR BELL RINGS. TWO POLICE OFFICERS WERE AT THE DOOR LT. STEVEN WOOD AND A UNKNOWN W/M OFFICER I DO NOT KNOW. I ASKED THEM TO COME IN. THE DID. LT. STEVEN WOOD ASKED ME TO STEP OUTSIDE AND I DID. HE ASKED ME HOW LONG THE ALABAMA AND AUBURN SIGN HAD BEEN ON THE LIGHT POLE IN MY YARD. I REPLYED 3 1/2 YEARS, HE SAID THAT LONG. HE THEN SAID YOU ARE UNDER ARREST, DO YOU WANT TO GO TELL BETH (MY WIFE). I SAID YES. WE ALL WENT BACK INSIDE AND I TOLD MY WIFE. SHE STATED ARE YOU JOKEING ARE YALL GOING TO TAKE HIM AND ARREST HIM FOR THAT. LT. STEVEN WOOD SAID NOT THE OTHER OFFICER I'M DOING THE ARRESTING THE OTHER OFFICER IS JUST A WITNESS. I THEN ASKED ARE YOU GOING TO TAKE ME WITH YOU AND NOT USE A ORIDNANCE CITATION. HE SAID YOU HAVE TO GO WITH ME. I SAID OK MAY I CHANGE OUT OF MY SHORTS INTO SOME PANTS. HE SAID SURE. I WENT TO MY BEDROOM AND LT. STEVEN WOOD WENT WITH ME TO CHANGE. WE THEN LEFT FOR

I HAD TO HAVE TWO PEOPLE TO MAKE MY
BOND WITH DEEDS TO THEIR PROPERTY
I WAS HAVING A AND HARD TIME WITH
PEOPLE THAT WAS TRYING TO MAKE MY
BOND BECAUSE THEY COULD NOT LOCATE
THEIR DEEDS TO THEIR HOME AT THAT
TIME OF NIGHT. LT. STEVEN WOOD STATED
IF YOU WANT TO YOU CAN SEE IF
CHIEF DOCIMO WILL APPROVE YOUR BOND.
I SAID NO THAT THE CHIEF HAS NOTHING
TO DO WITH THIS. AFTER OVER A
HOUR TO A HOUR 15 MIN. APPROX. MRS.
MARY BULLARD CALLED AND TOLD ME
SHE FOUND HER DEEDS AND WAS
ON THE WAY. I TOLD HER THAT I
HAD TO HAVE ANOTHER PERSON BESIDE
HER. LT. STEVEN WOOD WOULD NOT
LET MY WIFE. LT. STEVEN WOOD
THEN STATED I WILL TAKE
MRS. MARY BULLARD. MRS. BULLARD
CAME AND SIGNED AND WE LEFT.

*Michael E. Yarbrough*
Oct. 2, 2006

10/21/06        MIKE YARBROUGH

MR. YARBROUGH COMPLAINS THAT THIS ARREST WAS NOT HANDLED

PROPERLY. HIS MAIN QUESTION IS " HOW MANY PEOPLE HAS ANY OFFICER

AT LANETT ARRESTED ON THE CITY ORDINANCE, AND PICKED THEM UP

AT 9:30 AT NIGHT AND TAKE THEM TO THE P.D. AND DO ALL THE

FORMAL BOND PROCEDURES.

City of Lanett                                        State of Alabama
Employer

vs.

Steven Wood
Employee

## NOTIFICATION OF DISICPLINARY HEARING

You are hereby notified that disciplinary action is contemplated against you on the charges as specified below. Such action could result in your suspension, demotion or dismissal. Your Department Head has recommended dismissal from employment.

Said hearing shall be held on, to wit; Tuesday, the 24th of October 2006 at 1:00 P.M. Eastern Standard Time at the Conference Room of the City Hall.

Said hearing will be conducted by the City Manager.

Disciplinary action is being sought against you on the grounds that you possibly committed the following act or acts, to wit;

1. Violation of Group 2 Section 20 of the City of Lanett Personnel Handbook. "Abusive Personal Conduct or language toward the public or fellow employees, or abusive public criticism of a superior or other city official,
2. Violation of Rules and Regulations of the Police Department 1.100 Primary Objectives.
3. Violations of Rules and Regulations of the Police Department 1.230 Conduct Unbecoming an Officer.

The proposed disciplinary action is termination of employment.

At said hearing, on the above referenced date, you will be given a full and complete opportunity to respond to the above charge(s) orally or in writing, or both if you so desire and to rebut any and all of the preceding charges against you, or to explain. You have the right to representation of your choice. You will have three (3) working days to respond to this notice. If you fail to respond to this notice, the proposed disciplinary action will be effective on the date specified.

This hearing will not be of any adversary nature and no examination of any witness will be permitted.

After such hearing, I, as City Manager, will give you or your representative a response within 24 hours.

In the event of disciplinary action is taken against you, the procedures for review or appeal or as provided by the particular rules and regulations governing your employment are available.
(See Personnel Handbook)

City Manager

EXHIBIT
C

October 24th, 2006

Time: _4:59 PM E.T._

Lt. Steven Wood, as City Manager you are hereby placed on **ADMINISTRATIVE LEAVE WITH PAY** until disciplinary hearing is concluded or on or about October 25th, 2006. You are ordered to stay away from the Police Department unless you have court, or are called in by the Chief of Police or the City Manager.

City Manager

EXHIBIT

D

tabbies®

*City of Lanett*

**City of Lanett**                          STATE OF ALABAMA
**Employer**

**vs.**

**Steven Wood**
**Employee**

### DECISION UPON DISCIPLINARY HEARING

You are hereby notified that as a result of the disciplinary hearing held on Tuesday, October 24th, 2006, the following decision was made concerning disciplinary action, to-wit:

Department Head's recommendation of termination is upheld.  You are hereby terminated, effective immediately.  You will need to make an appointment with Mrs. Gunnells about your retirement and any insurance matters.  You have the right to elevate your grievance to the City Council (within 10 working days) for an audience before them.  The Council will furnish you an answer within 5 working days.  You have the right to elevate your grievance to the Council for full due process hearing within 10 working days of its decision.  See pages 30 and 31 of the City of Lanett Employee Personnel Handbook.

_____

*Joel E. Holley*
Joel Holley, City Manager

*Decision Upon Disciplinary Hearing*                                    10/31/2

**EXHIBIT**

*E*

# 01 9652 GB

# City of Lanett
## Lanett, Alabama

# Employee Personnel Handbook



## August 1, 2004



EXHIBIT

F

City of Lanett

Employee Personnel Handbook

Lanett, Alabama

CITY OF LANETT

EMPLOYEE PERSONNEL HANDBOOK

TABLE OF CONTENTS

| Section | Subject | Page |
|---|---|---|
|  | Foreword ............................. | i |
|  | Personnel Policy Statements ............ | ii |
| I. | Personnel Review Board................. | 1 |
| II. | Employment Classes..................... | 1 |
| III. | Staffing............................... | 5 |
| IV. | Career Advancement..................... | 11 |
| V. | Demotions.............................. | 15 |
| VI. | Separations............................ | 16 |
| VII. | Disciplinary Actions................... | 21 |
| VIII. | Grievance Procedure.................... | 28 |
| IX. | Attendance and Leave................... | 32 |
| X. | Compensation and Benefits.............. | 55 |
| XI. | Conflicts of Interest.................. | 59 |

FOREWORD

The material contained in this handbook is provided to city employees to inform them of those personnel policies, rules, and practices necessary for the effective operation of the city's personnel system. The handbook contains information covering:

1. conditions under which individuals are recruited, selected and employed;

2. employee discipline;

3. employee grievances and appeals; and

4. employee compensation, benefits, and working conditions.

The rules and procedures contained herein have been adopted by the Lanett City Council and are applicable until changed by the city council. The city reserves the right to make changes in any city personnel policy, rule, regulation, procedure, and/or employee benefit at any time that it is so necessary or desirable. Such changes will not affect specifics benefit earned by an employee prior to the date of such change, but may affect those benefits or other conditions of employment from the date of the change onward.

All proposed changes to the City of Lanett personnel system will be posted in a prominent location in city offices and work areas at least five (5) calendar days before being considered for adoption by the city council. All changes become effective upon approval by the Lanett City Council.

Questions regarding any aspect of the city personnel system should be directed to the city manager's office.

i

PERSONNEL POLICY STATEMENTS

WHEREAS, the City of Lanett desires to provide quality services to its citizens; and

WHEREAS, the City of Lanett is dedicated to providing equal opportunity for employment to all qualified applicants and nondiscriminatory treatment to all city employees; and

WHEREAS, the City of Lanett believes that continuance of employment with the city should be based on satisfactory performance of duties; and

WHEREAS, it is the responsibility of each employee to work cooperatively with each other, to carry out his/her duties within established policies, and to contribute efficiently and effectively in providing quality services to the citizens of the City of Lanett;

NOW, THEREFORE, BE IT RESOLVED that the City of Lanett's governing body does hereby adopt and proclaim the following personnel policy statements:

I.  Equal Employment Opportunity.

The City of Lanett is an equal opportunity employer.

ii

II.  Conditions of Employment.

    A.  The City of Lanett will give first consideration to promotion of qualified classified employees when filling vacancies above the entry level.  Promotion to vacant positions will be based on (1) quality of past job performance, (2) ability, and (3) seniority.

    B.  All employees have the right to discuss any and all matters relating to their employment and/or their personal welfare with their supervisors.  They may communicate with their supervisors, either orally or in writing, and may be accompanied by reasonable representation of their choice.  When a disagreement cannot be resolved, all employees shall have access to successively higher levels of management.

    C.  Continuance of employment shall be subject to good behavior, satisfactory performance of work, necessity for the performance of work, and availability of funds.

    D.  Supervisory personnel will strive for high standards of performance in their department and will strive to fairly and impartially implement required disciplinary measures.  Employees who do not perform satisfactorily or who do not meet established standards will be disciplined in a just and expedient manner which respects both the rights of the individual and the obligation of the city to serve its citizens.

III.  Personnel Review Board.

    A personnel review board is created for the City of Lanett to serve as an appeal body for employee grievances in the city grievance process.  The board will hear cases involving demotions, suspensions, involuntary separations and rule violations.

IV.  Employee Compensation and Benefits.

    A.  The city will maintain job classification and pay plans for all jobs.

    B.  The city will provide eligible employees, within its financial capability, appropriate fringe benefits such as holidays, sick leave, vacation leave, insurance, and retirement benefits.

V.  Rules, Regulations, and Procedures.

    A.  The application of the personnel policy statements contained herein shall be governed by rules, regulations, and procedures adopted by the Lanett City Council.

    B.  All previous personnel policies, rules, regulations, and procedures in conflict with these policy statements are hereby repealed to the extent of such conflict.

VI.  Political Activity.

    City employees may, and are encouraged to, participate fully and actively in the political process, except as restricted by law.  In general, city employees are

restricted only in their on-the-job political activities. The city personnel officer will advise all employees who have questions concerning their rights and applicable restrictions. No employee shall be penalized in any way for permitted political activity or lack thereof.

## SECTION I

### PERSONNEL REVIEW BOARD

A. PURPOSE. The personnel review board is established as a quasi-judicial appeal body for hearing employee grievances in the city grievance process. The board will hear cases involving involuntary separations, demotions, suspensions and rule violations.

APPEALS FUNCTION. The board will keep minutes of its meetings and a record of all business transacted by it. Its records, except those which the rules of the board require be held confidential for reasons of public policy, will be open for inspection at all reasonable times by any resident of the city.

## SECTION II

### EMPLOYMENT CLASSES

A. CLASSES OF EMPLOYEES. The following classes of employment are established in the City of Lanett:

   1. Exempt Service:

      a. the mayor, members of the city council, and other elected officials and officers;

      b. members of appointive boards, commissions, and committees;

      c. individuals in the state classified service within the meaning of, and subject to, the State of Alabama merit system;

v

1

d. other individuals filling jobs in the city service who come under the intent of these policies and procedures and have been designated by the Lanett City Council as exempt.

2. Unclassified Service:  Department heads or individuals in approved jobs which has been designated by the city council as "unclassified."  Established personnel policies and procedures apply to these employees the same as classified employees, except as follows:

(a) An unclassified employee's tenure of service is at the pleasure of the city council;

(b) If the individual is a classified employee at the time of his/her appointment to an unclassified position, he/she will retain the right to reinstatement as a classified employee in an available position for which he/she is qualified upon termination from the unclassified service, unless he/she is separated for cause;

(c) If the individual is not a classified employee at the time of his/her appointment to the unclassified service, he/she will have no right to employment in the classified service after termination from the unclassified service.  However, if a vacancy for which he/she is qualified exists in the city, he/she may apply and be considered along with other qualified applicants for that vacancy.

2

3. Classified Service:  Employees in the classified service work at least twenty-four (24) hours in a workweek.  The actual number of hours worked each workweek will be established at the employee's time of employment.  However, the usual number of hours worked in a workweek will be forty (40) hours.  Employment in the classified service will be in accordance with one of the following status:

a. Permanent.  Employees who have successfully completed the established probationary period in a job that has been designated a classified job in the city service.  The city manager will approve permanent status for all classified employees upon completion of the probationary period.  Such approval will be in writing to the employee.  A copy of the notice will be included in the employee's personnel file.

b. Probationary.  Employees who have not completed the established probationary period for a classified position and/or have not been approved as classified employees by the city manager.

4. Part-time Service.  Employees who work less than twenty-four (24) hours in the established workweek.  The actual number of hours to be worked each workweek will be established for each employee at the time of their employment.  An employee in the part-time service may be

3

required to work more than twenty-four hours in a workweek. However, such extended hours will not exceed more than two (2) consecutive weeks. Part-time employees are eligible to be transferred to an equivalent job in the classified service, if qualified and a vacancy exists. Part-time employees are not eligible for any benefits specific to the classified service. Employment in the part-time service will be in accordance with one of the following status:

a. Permanent. Employees who have successfully completed the established probationary period in a job that has been designated part-time in the city service. The city manager will approve permanent status for all part-time employees upon completion of the probationary period. Such approval will be in writing to the employee.

b. Probationary. Employees who have not completed the established probationary period for a part-time position and/or have not been approved as part-time employees by the city manager.

5. Temporary Service. Employees who are hired to either perform temporary functions or fill established jobs for a limited period of time. Temporary employees may also be used to fill critical vacancies, when due to unforeseen circumstances an eligible candidate is not available. Such use will be approved in writing by the

city manager. Temporary employees may work either a full or less than a full workweek. Temporary employment will not exceed six (6) consecutive months duration. However, department heads, upon approval of the city manager, may extend temporary employment six (6) additional months. Temporary employment will not count as continuous years of service when a temporary service employee is hired for a classified job. Temporary service employees will not be converted to the classified service unless they are selected in accordance with the staffing guidelines of this handbook. However, temporary employees will not be given preferential consideration over any other applicant. Temporary employees are not eligible for any benefits specific to the classified service.

B. Every job within the city service will be designated by the Lanett City Council in accordance with one of the above classes of employment.

## SECTION III

### STAFFING

A. GENERAL PROCEDURES.

1. The provisions contained in SECTION V CAREER ADVANCEMENT will be complied with before recruitment is initiated outside the city service.

2. Active recruitment outside the city service will be conducted among the general public by:

4

5

a. posting all vacancies and dates of any qualifying examinations with the Alabama State Employment Service, educational agencies, minority organizations, handicapped organizations, and any other organization requesting to be placed on the list;

b. notifying the news media of available vacant jobs/positions and dates of examinations;

c. advertising in newspapers, trade, or professional journals; and

d. posting vacancy notices on bulletin boards in city buildings and other prominent locations within the City of Lanett (to include areas that are readily accessible to the handicapped).

3. Vacancy notices or advertisements for employment with the city will provide a description of the job, necessary qualifications, grade, salary range, reasonable deadline for applying, and the address and phone number of the employment office. All vacancy or advertisement notices will also contain the statement: "The City of Lanett is an Equal Opportunity Employer (M/F/H)".

4. All employment applications will be submitted to the city personnel officer on application forms furnished by the city.

5. After the closing date of the vacancy notice, the personnel officer will refer all applicants who meet the

6

minimum requirements for the job to the department head for review and necessary interviews as appropriate. The top three (3) candidates will be referred to the city manager for the final selection.

6. All applications received in response to a vacancy notice will remain active until the selected applicant has completed the required probationary period. If the selected applicant does not successfully complete the required probationary period, the vacancy will be filled from the remaining qualified applicants. If no qualified applications remain on file, the vacancy will be advertised again.

7. All final selections will be made by the city manager based on the knowledge, skills and abilities determined to be the required and desired qualifications for the job without regard to age, sex, creed, religion, race, political affiliation, or handicap, except where age, sex, or handicap constitute a bona fide occupational qualification. Reasonable accommodations for otherwise qualified handicapped individuals will be made, when necessary.

8. Appropriate inquiries of former employers and selected personal references will be made only for those applicants tentatively designated as acceptable. If agreeable to the applicant, inquiries may also be made of the applicant's present employer.

7

8

9. All selections will be tentative subject to a medical determination that the individual is physically qualified to perform the duties required in the job description. Prior to final appointment, the personnel officer will schedule, at the city's expense, a physical examination with a city designated physician for the selected applicant. Upon receipt of a satisfactory medical report that the individual is capable of performing the required duties, the personnel officer will notify the department head and the city manager of the individual's appointment and reporting date. The individual's appointment grade and salary will be in accordance with the city's classification and pay plans. Normally, a new employee will be placed in step one (1) for the authorized pay grade for his/her assigned job. However, a technical trained new employee may be placed in a higher step with approval from the city manager and personnel committee.

10. No individual may consider himself/herself hired by the city until officially notified in writing by the city manager of his/her appointment.

11. PROBATIONARY PERIOD.

1. Every new employee hired for a job/position in the classified and part-time service will serve a satisfactory probationary period of three (3) months before being designated a permanent classified employee or a permanent part-time employee. Department heads,

9

with the approval of the city manager, may extend this period up to six (6) months, with the exception of the police and fire departments, in which the employees will be required to serve a one (1) year probationary period.

The probationary period is an integral part of the training and evaluation process for all new employees and will be utilized for closely observing their work, for ensuring their most effective adjustment, and for separating any new employees whose performance does not meet required performance standards.

2. The employee's performance will be evaluated in writing twice during the probationary period. The first evaluation will be conducted at the completion of the first probationary month and the second evaluation will be conducted after the third probationary month. Department heads will increase the number of ratings to correspond to the increase in the length of the probationary period. The supervisor will confer with and advise each probationary employee about his/her progress. Each evaluation will note necessary improvements, if the employee's performance has not met established city standards. Each evaluation will be prepared on the city's rating form and will be signed by both the supervisor (appraiser) and the employee. A copy of each evaluation will be included in the employee's personnel file.

# SECTION IV

## CAREER ADVANCEMENT

A. TRANSFERS.

1. Any employee in the classified service may, with his/her consent, be transferred to a similar job/position of the same or lesser grade in the classified service. A permanent status classified employee so transferred will not be subject to a probationary period. No pay increase will be given to any employee as a result of a transfer; however, the individual's pay will be reduced to reflect the correct pay grade and step if the transfer is to a lesser grade.

2. An eligible employee who desires to be transferred should make his/her request known in a letter through his/her department head to the personnel officer.

3. As vacancies occur in those departments in which the employee is qualified, his/her name will be submitted to the department head for consideration. Such transfer must be acceptable to both the gaining and losing department heads and approved by the city manager.

4. The personnel officer, in coordination with the department heads concerned, will determine the effective date of the transfer and will ensure that the appropriate personnel records are updated as required.

3. During the probationary period the city manager may terminate the employment of a probationary employee, if it is deemed in the best interest of the city to do so. A written notice will be furnished the terminated individual. A copy of such notice will be included in the individual's employee file.

4. Lengthy or frequent absences during the probationary period are discouraged and will be granted only in justifiable situations. Excused absences in excess of two weeks will extend the probationary period an amount equal to the length of the absences.

5. Employees who successfully completed their probationary period will become permanent status employees upon recommendation of their respective department head and approval by the city manager. The employee will be notified in writing by the city manager of his/her permanent status.

6. Probationary employees will not be eligible for "city benefits" until after completion of the three (3) months probationary period. This three (3) months delay also applies to personnel in the police and fire departments.

PROMOTIONS.

1. A promotion is defined as the permanent assignment of an employee to a position with a higher grade than his/her current grade and an accompanying increase in salary.

2. Vacancies in the classified service above the lowest grade level will be filled so far as is practical by the promotion or transfer of qualified permanent employees. If a qualified applicant is not available from the classified service, the personnel officer will initiate outside recruitment to fill the vacancy in accordance with SECTION IV STAFFING.

3. To be considered for a higher level position an employee must submit an application to the personnel officer in accordance with the published job vacancy notice.

4. Promotions will be made without regard to race, color, religion, sex, age, national origin, or handicap and will be based solely on job related merit, efficiency and physical condition (if physical condition is a bona fide occupational qualification as reflected in the approved job description for the job/position). In each instance of promotion the employee must be eligible and qualified for promotion.

5. All promotions will involve a change in salary. The amount of salary increase will be determined in accordance with the city pay plan. Normally, a promoted employee will be placed in the lowest step for his/her

12

new job grade that allows at least a five (5) percent pay increase to the employee.

6. An employee, who receives a promotion, will serve a probationary period in the new job. The probationary period will be for three (3) months from the effective date of the promotion. The employee's performance will be evaluated in writing twice during the probationary period. The first evaluation will be conducted after the first month of employment and the second will be conducted after the third month. If the employee's performance during the probationary period is not acceptable, he/she may be reassigned to a position comparable to his/her previous position before the promotion, if one is available.

7. No individual should consider himself/herself promoted until such promotion is approved by the city manager or city council and he/she has been notified in writing of his/her appointment.

8. Promotion Procedures.

a. All vacancies above the entry level will be announced by posting vacancy notices on department bulletin boards and other areas readily accessible to the employees. All vacancies will be open to permanent classified employees for at least five (5) working days from the date of posting for receipt of applications by the personnel officer. It is the

13

responsibility of the employee to submit his/her completed application to the personnel officer by the deadline listed in the vacancy notice. Additional application guidance will be provided by the personnel officer as needed.

b. After the closing date for receipt of applications, the personnel officer will forward all applications and other relevant employee information on file to the department head for consideration and review. The department head will recommend the top three applicants to the city manager for final selection.

c. It is the intent of the city to fill vacancies only with persons with the most potential for success. If no qualified applicant is available from eligible city employees, the personnel officer will initiate outside recruitment actions as outlined in SECTION IV STAFFING.

TEMPORARY ASSIGNMENT.

1. An employee may be placed on temporary assignment by a department head after consulting with the city manager for a period not to exceed one hundred eighty (180) days for such purposes as training, accomplishing special projects, or filling temporary vacancies.

2. No salary adjustments will be made for temporary assignments that do not exceed thirty (30) days. The employee's pay during the temporary assignment will be based on his/her regular position.

3. After thirty (30) days, the employee's pay will be adjusted to the grade of the temporary job assignment. The employee's adjusted pay will be at least one (1) step above the pay of his/her current grade and step. The employee's adjusted pay will revert back to his/her regular pay upon termination of the temporary assignment.

## SECTION V

### DEMOTIONS

A. An employee may be demoted to a position of lower grade for which he/she is qualified for any of the following reasons:

1. His/her position is being abolished because of a lack of work or a lack of funds, and he/she would otherwise be laid off; or

2. The employee's performance has not demonstrated his/her ability to render satisfactory service in the position he/she holds; or

3. The employee voluntarily requests such demotion.

B. Demotion requires the approval of the city manager. For all demotions, regardless of the reason(s), written notification stating the reason(s) and the effective date of the demotion will be provided to the employee at least fourteen (14)

calendar days prior to the effective date of the demotion.
The notification will be signed by the city manager. A copy
of this notification will be provided to the personnel
officer for inclusion in the employee's personnel file.
In situations involving involuntary demotion the employee may
appeal the action to the personnel review board. When a
demotion is part of a disciplinary action, the provisions of
SECTION VIII DISCIPLINARY ACTIONS will be adhered to.

## SECTION VI

### SEPARATIONS

GENERAL PROVISIONS.

1. All separations of employees from positions in the city
   service are designated as one of the following types:
   voluntary resignation, reduction in force, disability,
   death, retirement, or dismissal for cause.

2. At the time of separation, or prior to payment of any
   final compensation, all records, assets, and other items
   of city property in the employee's custody will be
   returned to city control. Any payment due the city
   because of shortage in the above will be withheld from
   the employee's final compensation.

3. All employees terminating employment with the city will
   be given exit interviews by the personnel officer prior
   to receiving their final paycheck.

16

B. TYPES OF SEPARATION.

1. Voluntary Resignation.

   a. An employee may voluntarily resign by submitting to
      his/her department head in writing the reason(s) and
      the effective date of his/her resignation.
      Notification will be given as far in advance as
      possible, but at least fourteen (14) calendar days
      prior to the effective date of the resignation.
      Failure to comply with this requirement may be cause
      for denying the individual future employment with the
      city.

   b. Unauthorized and unjustifiable absences from work for
      a period of three (3) consecutive working days may be
      considered by the department head as a voluntary
      resignation.

   c. Immediately upon receipt, the department head will
      forward all notices of voluntary resignation to the
      personnel officer.

2. Reduction in Force (RIF).

   a. Whenever it is in the interest of economy, the city
      council may abolish any job/position and lay off the
      employee(s) holding such position(s) without filing
      written charges. The city council and the mayor will
      issue guidance for all RIF actions to the city
      manager.

17

b. Criteria to be used in RIF decisions includes:

    (1) critical nature of each job;

    (2) performance of each employee; and

    (3) length of service.

c. When critical nature and performance are comparable, length of service will be the determining factor.

d. Temporary and probationary employees will be laid off before permanent status employees in similar jobs. When a permanent status employee is scheduled to be laid off, the employee will be offered a demotion to a lower grade, if he/she is qualified for a lower grade and a vacancy exists.

e. Permanent status employees will be notified in writing by the city manager of their layoff at least fourteen (14) calendar days prior to the effective date of the RIF.

f. An employee on approved leave of absence, whose job is scheduled to be abolished due to RIF measures, will be notified in writing as soon as possible of the layoff. The employee will be offered a comparable position in the city service, if one is available and the employee is qualified.

g. Permanent status employees who are laid off will be placed on a preferred list for hire and will have recall rights for one (1) year from the effective date of the layoff. If any vacancy occurs within

18

such one (1) year period in any position of the same classification, the name of the ranking individual will be referred to the city manager to fill the position. The personnel officer is responsible for maintaining the preferred list and for notifying persons on the list of existing vacancies.

h. The duties that were performed by a laid off employee may be reassigned to other employees.

3. Disability.

a. An employee may be separated for non-job related disability when he/she cannot perform his/her duties because of extended impairment.

b. Separation action may be initiated by either the employee or the city. In all cases separation must be supported by medical evidence. The city may require an examination by a physician of its choice.

c. Separation action will be taken only after the employee's accrued leaves with pay have been expended.

d. An employee eligible for retirement will be entitled to retire and receive retirement payments in accordance with these policies and procedures and the state/city retirement plan.

e. A disability separation may be either voluntary or involuntary depending on whether the employee or the city initiates the action. A permanent status

19

employee may appeal an involuntary disability
separation.

4. Death.

   a. Separation is effective as of the date of death.

   b. All compensation due as of that date will be paid to
the estate of the employee, except for such sums that
must be paid by law. Any indebtedness to the city
may also be withheld, when approved by the city
council.

5. Retirement.

   a. Whenever an employee meets the conditions for
retirement set forth in the regulations and
procedures established by the state employee
retirement system and the City of Lanett, he/she may
elect to retire and receive all benefits earned under
the state/city retirement plan.

   b. The notice of retirement will be forwarded through
the department head to the personnel officer no
earlier than six (6) months but no later than sixty
(60) days prior to the requested effective date.

6. Dismissal.

   a. As a final disciplinary action an employee may be dismissed
for the good of the city. Reason(s) for dismissal include,
but are not limited to, repeated violations of "group one
offenses" and/or any violation of "group two offenses" as
defined in SECTION VII DISCIPLINARY ACTIONS.

20

   b. Maximum due process protection will be provided to an
employee in any dismissal proceedings.

   c. An employee may appeal his/her dismissal in accordance with
SECTION IX GRIEVANCE PROCEDURE.

### SECTION VII
### DISCIPLINARY ACTIONS

A. GENERAL. Employees will be disciplined only for violation of
established rules and regulations and/or for the good of the
service. No employee will be disciplined for any authorized
political activity. Each supervisor will make every effort to
determine why an employee failed to observe proper conduct and to
initiate corrective actions when appropriate. All discipline will
be taken to correct the employee's performance and behavior and
will be fair, prompt, and certain.

B. TYPES OF DISCIPLINE. For unsatisfactory performance of duties or
other just causes, any employee, regardless of employment class,
may be subject to the following disciplinary actions by his/her
supervisor:

   1. Formal Counseling. At the first need for discipline, the
supervisor will discuss the problem with the employee so that
both may offer suggestions to deal with the problem. Such
formal counseling will be in writing and a copy will be
included in the employee's personnel file.

21

22

2. Written Warning. For repeated or continual employee offenses
the supervisor will issue the employee a written warning. The
report will state the reasons for the warning and inform the
employee that the next disciplinary step could be suspension.
A copy of all written warnings will be forwarded to the
personnel officer for inclusion in the employee's personnel
file.

3. Suspension Without Pay. The city manager, upon recommendation
from the department head, may suspend an employee without pay
for a period not to exceed thirty (30) days. A due process
hearing will be held prior to the effective date of the
suspension.

4. Demotion. The city manager, upon recommendation from the
department head, may demote an employee for insufficient
performance of his/her duties, for disciplinary reasons, or for
any other good cause. A due process hearing will be held prior
to the effective date of the demotion.

5. Dismissal from Service. The city manager, upon recommendation
from the department head, may dismiss any employee so long as
the dismissal is in accordance with the intent of this section.
A due process hearing will be held prior to the effective date
of the dismissal.

C. CLASSIFICATION OF OFFENSES. Employee offenses are grouped below,
with the appropriate disciplinary procedures to be followed, so
that discipline may be administered impartially and fairly
throughout the city. These offenses and procedures as described

23

are neither all inclusive nor automatic. Supervisors are permitted
and expected to treat individual situations according to the
circumstances and facts involved.

1. Group One Offenses.

a. Such offenses include, but are not limited to, the areas
listed below:

(1) failure to give proper notice of an absence which
could be anticipated;

(2) irregular attendance and/or excessive absenteeism;

(3) tardiness (not at his/her assigned work station at the
beginning of the first hour of the employee's work
day);

(4) interfering with the work of others; offensive
personal habits which interfere with efficiency;

(5) excessive inefficiency, to include waste, loafing,
leaving job without permission, and defective
workmanship;

(6) violation of normal safety practices; failure to
report a work related accident or injury; accident
proneness;

(7) improper use, or care of city property;

(8) political soliciting during working time;

(9) misconduct, to include lack of cooperation,
contravention of civil or criminal law, and any
disgraceful conduct which reflects unfavorably on the
city as an employer.

(10) willful and repeated failure to honor court judgments;

(11) promiscuous behavior as related to job duties.

b. Summary of disciplinary procedures for group one offenses.

(1) First offense – formal counseling.

(2) Second offense – written warning.

(3) Third offense – final written warning or suspension without pay (requires a due process hearing prior to the effective date of the suspension without pay).

(4) Three written warnings within a twenty-four (24) month period will constitute justification for dismissal.

1. Group Two Offenses.

a. Such offenses include, but are not limited to, the areas listed below:

(1) possession and/or use of alcohol, unprescribed dangerous drugs, or similar intoxicants while in city facilities or on the job (employees other than law enforcement personnel in the line of duty);

(2) driving a city vehicle while under the influence of intoxicants such as alcohol, unprescribed dangerous drugs, and/or prescribed drugs which induce an unsafe mental and/or physical state;

(3) loss of a driver's license and/or driving privileges by due process of law, when the employee's job requires the operation of a motor vehicle in the performance of his/her duties;

(4) use of a deadly weapon and/or force on city property (employees other than law enforcement personnel in the line of duty);

(5) deliberate falsification of records and/or personal misrepresentation of statements given to a supervisor, official, the public, or board;

(6) dishonesty as related to an individual's job duties and/or profession, or use of official position for personal advantages;

(7) fighting, except when the employee is a victim of an unwarranted assault;

(8) gross insubordination;

(9) conviction of a felony involving moral turpitude;

(10) theft, destruction, careless or negligent use, or willful damage of city property or property of others;

(11) dangerous horseplay on the job;

(12) flagrant violation of safety practices that endanger the life or health of the employee or others; serious violation of city administrative regulations, department rules, lawful orders or directions made or given by a supervisor;

(13) membership in any organization which advocates the overthrow of the government of the United States by force or violence;

(14) acceptance of any consideration of value or gratuity which was given to improperly influence the employee in the performance of his/her duties;

(15) refusal to be examined by a city authorized fully licensed physician when so directed;

(16) political activities that are gross violations of federal and/or state laws;

(17) sexual harassment;

(18) sleeping on the job;

(19) incompetency or repeated inefficiency in the performance of duties;

(20) abusive personal conduct or language toward the public or fellow employees, or abusive public criticism of a superior or other city official;

(21) incapacity for proper performance of duties because of a permanent or chronic non-job related physical or mental defect;

(22) violation of any duly adopted City of Lanett personnel policy, or state/federal law or regulation governing public employment; or

(23) conduct or actions determined to be a conflict of interest as defined by state law and/or SECTION XII CONFLICTS OF INTEREST.

b.   Summary of disciplinary procedures for group two offenses.

(1) The first such offense normally constitutes grounds for dismissal.

26

(2) Due process procedures as established by federal law and/or the city's policies and procedures will be strictly adhered to whenever any disciplinary action such as suspension, demotion, or dismissal of a permanent status employee is anticipated.

D.   PROCEDURES.

1.   The personnel officer is be responsible for ensuring that an employee's rights are protected and the employee is informed in writing by his/her department head of his/her rights.

2.   Normally, disciplinary actions will be administered uniformly and in progressive steps in the order listed.

3.   All disciplinary actions, to include formal counseling, will be recorded and filed in the employee's personnel record.  In no case will a counseling or warning report be made and placed in an employee's personnel file without his/her knowledge.

4.   Disciplinary action normally will be initiated by the employee's immediate supervisor.  Where the offense is severe, final action will be vested in the city manager.  In all cases, except informal counseling, the personnel officer will be notified of all disciplinary actions.

5.   In those disciplinary actions involving the deprivation of an employee's rights, such as demotion, suspension without pay, and/or involuntary dismissal, the city manager will ensure that required due process procedures are strictly adhered to. Before the effective date of the proposed discipline, the city manager will provide the employee in writing: (a) the reason(s)

27

2. The purpose of this grievance procedure is to permit every employee equal access to those individuals who make management decisions; and, to provide a standard process for speedy investigation and resolution of employee complaints. The grievance procedure will not be used to resolve differences between/among employees of like rank.

3. No employee will be penalized in any way for exercising his/her rights under the grievance procedure.

4. A grievance may be withdrawn by the employee at any step in the process without prejudice.

5. An employee has the right to be represented by a person, or reasonable number of persons, of his/her own choosing at any step in the grievance process.

6. An employee who has filed a grievance with his/her department head and wishes to appeal the resulting decision to the city manager will be paid at his/her regular rate of pay for the time spent in the hearing, if such hearing is conducted during the employee's regularly scheduled working hours. If the hearing is conducted outside the employee's scheduled working hours, he/she will not be paid for that time.

7. Group grievances crossing departmental lines, or employee appeals from disciplinary actions (including involuntary separation, suspension, or demotion) will be initiated at step 4 of the grievance procedure.

29

---

## SECTION VIII

### GRIEVANCE PROCEDURE

A. GENERAL PROVISIONS.

1. A grievance is defined as either an employee's statement that a city supervisor, manager, or official is improperly or prejudicially applying, or failing to apply, the personnel rules, regulations, and/or procedures of the City of Lanett or an employee's protest of any disciplinary action taken against hiv/her by his/her supervisor.

for the proposed discipline; (b) the proposed disciplinary action to be taken; and (c) the date, time and place of such action; (d) the employee's right to answer the charges orally or in writing; and (e) the employee's right to representation of his/her choice. The employee will have three (3) working days in which to respond to this notice. If the employee fails to respond to the notice, the proposed disciplinary action will be effective on the date specified. The notification and employee's response will become part of the record of the personnel review board's investigation, if the employee chooses to appeal the disciplinary action.

6. In the event of a particularly violent action or intolerable offense on the part of an employee, e.g. fighting, destruction of city property, gross insubordination, etc., the employee may be suspended with pay for up to ten (10) days by the city manager pending the completion of the due process hearing.

28

8. The provisions of the grievance procedure will not apply to pay reductions which are part of a general plan to reduce salaries and wages as an economic measure; provided, however, that those reductions are prorated to all classified employees.

9. For the purpose of this section working days are considered to be Monday through Friday which are initiated.

GRIEVANCE PROCEDURE.

1. Step 1.

   a. Within five (5) working days after the employee knows or should have known of an alleged violation, or misapplication, of a City of Lanett personnel rule, regulation or procedure, the employee should discuss the grievance with his/her department head.

   b. The department head is required to furnish the employee an answer within five (5) working days of this initial meeting.

2. Step 2.

   a. Within (5) working days from receipt of the department head's decision or non-response, the employee has the right to appeal the decision to the city manager.

   b. The city manager will furnish the employee an answer within five (5) working days of this appeal.

3. Step 3.

   a. Within ten (10) working days of receipt of the city manager's decision, the employee has the right to elevate his/her grievance to the Lanett City Council.

30

   b. The city council will furnish the employee an answer within five (5) working days of this appeal.

4. Step 4.

   a. Within ten (10) working days of receipt of the city council's decision, or non-response, the employee has the right to elevate his/her grievance to the Lanett Personnel Review Board which has been created to serves as an appeal body for employee grievances in the city grievance process. The board will hear cases involving demotions, suspensions, involuntary separations and rule violations that are to it in accordance with these procedures.

   b. The appeal will be presented to the board in writing and shall contain:

      (1) a statement of the rule(s), regulation(s) or procedure(s) that have been violated or misapplied, with the dates and descriptions of such violation(s) or misapplication(s); or, the disciplinary action that is being appealed;

      (2) the specific remedy which is being sought;

      (3) previous supervisory decisions; and

      (4) a notice of appeal of those decisions.

   c. The employee will be allowed to appear before the board with reasonable representation of his/her choice, if he/she desires.

31

d. The board will hear the employee's grievance, gather pertinent documents, interview witnesses as necessary, and prepare a written statement of facts.

e. Within ten (10) working days of the hearing, the board will make the final determination in the case. The decision of the board is final.

## SECTION IX
### ATTENDANCE AND LEAVE

HOURS OF WORK.

1. City of Tanett offices will be open for business as established by the city council. The workweek for all employees will be established at the time of their employment and in accordance with the needs of the city. Part-time employees will be paid by the hour for those hours they work each pay period.

Normally, classified, unclassified and temporary employees will work a forty (40) hour workweek. In departments where the Fair Labor Standards Act (FLSA) allows for an extended work period to be established, the number of regular hours worked in the work period will be established in accordance with the FLSA, as amended.

2. Individual department heads will establish the work schedule for their employees in accordance with the needs of the city and the employees concerned. In all instances, equal treatment of all employees doing the same kind of work is required.

32

---

3. Employees are not permitted to begin work before their scheduled starting time nor continue work after their scheduled stopping time without being paid for the extra time. (Overtime pay if applicable).

4. Police Officers who are required to attend court on their off days to represent the city will be paid for the actual hours they work. However, they will be guaranteed a minimum of three (3) hours pay, regardless of the actual time spent in court. Entitlement to overtime pay will be determined by using the total hours actually worked for the workweek/period in accordance with the provisions of the FLSA.

5. Trading time.

a. Employees in the police, fire and emergency medical service (EMS) departments may "trade time" as long as it meets the requirements of the FLSA and the city's policies and procedures.

(1) Prior approval must be obtained from the employees supervisory; and

(2) The "traded time" must be repaid within the same twenty-eight (28) day work period.

b. Each employee's pay check will reflect the actual hours that he/she worked. This means that if the "traded time" is not within the same seven (7) day period, an employee may experience a "short check", depending upon when the "traded time" is repaid.

33

34

c. If an employee "trades time" and fails to repay the employee "owed" within the twenty-eight (28) day work period, he/she will be disciplined and his/her "trading time" privilege suspended.

6. Call-in pay.

a. All employees, except unclassified employees, are eligible for call-in pay. Eligible employees who are called-in to work outside their regular scheduled work day will be paid for at least three (3) hours of work at their regular rate of pay regardless of the number of hours they actually work during the call-in period.

b. Eligible employees, who are called-in to work prior to the start of their regularly scheduled work day and work continually into their workday or who are required to work continually beyond their regularly scheduled work day, will not receive call-in pay. These employees will be paid for the extra time they actually work.

c. Call-in pay will be paid to eligible employees only once during the twenty-four (24) hour day starting at mid-night each day. After the initial call-in, eligible employees will be paid for all time they actually work beyond the three (3) hour call-in period.

7. Stand-by pay.

a. All employees, except unclassified employees, whose job duties include stand-by duty will be eligible for two (2) hours of extra pay for each twenty-four (24) hours of

35

stand-by duty performed on a non-scheduled work day.

b. At the beginning of each fiscal year each department head will compile a list of eligible employees for his/her respective departments who are required to perform stand-by duty on non-scheduled work days such as holidays and weekends. Such lists will be submitted to the city manager for approval. Additions to and deletions from the list must be approved by the city manager.

c. Stand-by time will not count as hours worked unless it meets the requirements of the FLSA. Eligible employees who are on stand-by duty and are called-in to work will receive pay for the call-in time accordance with the call-in section and the FLSA.

B. OVERTIME.

1. All employees, except police officers, fire fighters and emergency medical personnel, who work in FLSA nonexempt jobs and are required by their supervisor to work more than forty (40) hours in their established workweek will be paid at the rate of one and one-half times their regular rate of pay for the extra hours in accordance with the provision of the Fair Labor Standards Act (FLSA).

2. Employees who work in jobs specifically exempted from the overtime requirements of the FLSA will not be paid overtime pay for overtime work. Part-time employees are eligible to receive

overtime pay, if the total hours they work during a

workweek/work period meet the requirements of the FLSA, as
amended.

3. Police Officers will work a twenty-eight (28) day work period.
Overtime will be paid at one and one-half times the employee's
regular rate when the employee exceeds 171 hours of work within
the twenty-eight (28) day work period.

4. Fire fighters and Emergency Medical personnel will work a
twenty-eight (28) day work period. Overtime will be paid at
one and one-half times the employee's regular rate when the
employee exceeds 212 hours of work within the twenty-eight (28)
day work period.

5. For purposes of determining pay for overtime work, overtime
will be computed in increments to the nearest fifteen (15)
minutes.

6. Overtime hours worked will be reported on department time and
attendance reports in accordance with reporting procedures
established by the city personnel officer.

C. TYPES OF LEAVE. The City of Lanett provides the following types of
leave for eligible employees: Vacation leave, sick leave,
administrative leave, military leave, and leave without pay.

1. Vacation Leave Policy (Classified Employees):

a. All classified employees in the city are eligible to earn
vacation leave with pay in accordance with the following

leave policy.

36

---

separation:

b. Eligible employees will earn vacation leave for continuous
service according to the following schedule (continuous
service is defined as a period of employment unbroken by a

| Complete Services | Earned Leave Per Year |
| --- | --- |
| Zero (0) through five (5) years | Five (5) days |
| Over five (5) through ten (10) years | Ten (10) days |
| Over ten (10) through twenty (20) years | Fifteen (15) days |
| Over twenty (20) years | Twenty (20) days |

c. The vacation leave year for classified employees runs from
January to December of each year.

d. Eligible employees will be credited with one-twelfth (1/12)
of the vacation leave earned at the above rates for each
calendar month in which they qualify for vacation leave.

e. Vacation leave must be earned before it is taken. Eligible
employees earn vacation leave starting from their date of
employment; however such leave cannot be taken until the
next leave year. Vacation leave will always be taken in
the leave year following the leave year in which it is
earned.

f. Employees entering the city service within three (3) months
of the close of the leave year will not be permitted to
take vacation leave until they have completed one year of
service.

g. Normally, all employees will be required to take their
earned vacation leave in the year that it is earned.
However, a total of five (5) days of unused vacation leave

37

39

p. When police, fire and EMS personnel request a vacation period, they must specify a seven (7) day period for which

start date.

period within a reasonable period prior to the requested head of his/her approval or disapproval prior to the requested requested. The employee will be notified by the department days prior to the commencement of the vacation period above, the request must be submitted at least thirty (30) submitted after the annual selection period, as noted approved by the department head. If the leave request is increments. If desired, longer periods may be taken as must take vacation time in at least seven (7) days

o. Police, fire and emergency medical service (EMS) personnel vacation leave policy will applies.

time he/she is scheduled to take leave will determine which position to an unclassified position, his/her status at the

n. Should an employee be transferred from a classified employee.

city manager. However, work must be available for the if recommended by the department head and approved by the be calculated at his/her regular rate of pay for this work, of his/her vacation leave and receive extra pay which will

m. A classified employee may voluntarily work all or any part head and approved by the city manager.

converted to sick leave, if recommended by the department was sick during his/her leave may have that period

---

38

vacation leave who presents a medical statement that he/she holiday and not as a vacation leave day. An employee on employee's vacation leave, the day will be credited as a

l. When a city authorized paid holiday occurs during an an unauthorized absence.

this requirement may result in the absence being treated as except in unusual circumstances. Failure to comply with

k. Vacation leave will be approved in advance of each absence, current rate of pay.

paid for all earned and unused vacation leave at his/her

j. Upon separation from city service, an individual will be at the same time, if the department's workload requires it. may require all department employees to take their leaves city, the department, and the employee. A department head department head, taking into consideration the needs of the

i. Vacation leave will be approved at the discretion of each received.

period will be approved in the order in which they are service with the city. Leave requests submitted after this selection will be based on their continuous years of at the beginning of each leave year. The order of

h. Normally, employees will schedule their projects leave days forfeited by the employee.

each leave year that is in excess of five (5) days will be to the next leave year. Accumulated leave at the end of may be accumulated and carried forward form one leave year

40

leave policy.

the vacation will cover. While this seven (7) day period may begin and on any day of the week, such vacation period cannot split a shift in which the employee is scheduled to work. For example: the employee cannot commence his/her vacation at 4:00 p.m. on a day that he is scheduled to work.

g. When a vacation period for police employees is specified, the hours off will vary according to the hours scheduled. However, Police employees will receive compensation for forty-two (42) hours regardless of the amount of time off that the vacation encompasses.

f. When a vacation period for Fire and EMS employees is specified, the period will begin with the start of the employee's scheduled work shift and will run for seven (7) consecutive days. However, EMS and Fire employees will receive compensation for fifty-three (53) hours for each work shift taken off regardless of the amount of time off that the vacation encompasses.

e. Vacation time is not considered as time worked under the FLSA and will not be used in computing cumulative time worked during a workweek/work period for overtime.

2. Vacation Leave Policy (Unclassified Employees):

a. All unclassified employees in the city are eligible to earn vacation leave with pay in accordance with the following leave policy.

---

41

b. Eligible unclassified employees will earn vacation leave for continuous service according to the following schedule (continuous service is defined as a period of employment unbroken by a separation):

| Complete Services | Earned Leave |
| --- | --- |
| Six (6) months but less than 1 year | 5 days per year |
| Over one (1) through (10) years | 10 days per year |
| Over ten (10) years | 15 days per year |
| Over twenty (20) years | 20 days per year |

b. The vacation leave year for eligible unclassified employees runs from January to December of each year.

c. Eligible employees will earn one-twelfth (1/12) of the vacation leave earned at the above rates for each calendar month in which they qualify for vacation leave.

d. Vacation leave must be earned and posted to the employee's leave account before it is taken. Unclassified employees will earn vacation leave starting from their date of employment, however, leave cannot be taken until the next leave year. Vacation leave will always be posted to an employee's leave account in the leave year following the leave year in which it is earned.

e. Normally, unclassified employees will be required to take their earned vacation leave in the year that it is posted to their leave account. However, a total of five (5) days of unused vacation leave may be accumulated and carried forward from one leave year to the next leave year to the next. Unused leave at the end of each leave year that is

position to a classified position, his/her status at the

k. Should an employee be transferred from an unclassified available for the employee.

the city manager, for this work. However, work must be calculated at his/her regular rate of pay, if approved by part of his/her vacation leave period and receive extra pay

j. An unclassified employee may voluntarily work all or any converted to sick leave if approved by the city manager. was sick during his/her leave may have that period vacation leave who presents a medical statement that he/she holiday and not as a vacation leave day. An employee on employee's vacation leave, the day will be credited as a

i. When a city authorized paid holiday occurs during an unauthorized absence.

this requirement may result in the absence being treated as except in unusual circumstances. Failure to comply with

h. Vacation leave will be approved in advance of each absence, April 15 of each leave year. annual vacations for unclassified employees no later than

g. The city manager is responsible for the scheduling of current rate of pay. will be paid for their unused vacation leave at their

f. Upon separation from city service, unclassified employees employee.

in excess of five (5) days will be forfeited by the

---

(1) When they are unable to work due to personal illness, the following reasons:

e. Sick leave with pay will be granted eligible employee for fifteen (15) working days during the month.

d. Sick leave days will not be earned during any month in which an employee is in a nonpay status for more than city manager.

emergencies or extended illnesses, when approved by the days. The additional sixty (60) days may be used for days of sick leave for a maximum of ninety (90) working employees may earn and accumulate an additional sixty (60) leave up to thirty (30) working days. Unclassified

c. Unclassified employees need not use their accrued sick leave within a specified leave year and may accumulate sick up to a maximum of thirty (30) working days.

b. Classified employees need not use their accrued sick leave within a specified leave year and may accumulate sick leave year.

qualify for leave, for a total of twelve (12) days per (8) hours, for each calendar month worked in which they for paid sick leave at the rate of one (1) day, or eight

a. All classified and unclassified employees will earn credit

3. Sick Leave Policy.

vacation leave policy applies.

time he/she is scheduled to take leave will determine which

injury incurred off duty, or when their presence may
endanger the health of fellow workers;

(2) Keeping a doctor, dentist, or optometrist appointment;

(3) Emergency illness or incapacitation of a member of
his/her immediate family (spouse, children, parents,
parents-in-law) whose illness requires the employee's
personal care (emergency illness does not include
non-emergency situations when the employee's absence
is simply to accompany or transport a family member
for medical or dental visits involving routine
treatment or checkup); and

(4) Any impairment related to pregnancy, miscarriage,
abortion and actual confinement. Female employees who
request time away from work for maternity and
childbirth will be treated equally to employees with
other forms of disability or sickness or who request
leaves of absence for other reasons.

f. In order to be granted sick leave, an employee must meet
the following conditions:

(1) The employee will notify his/her supervisor within two
(2) hours of his/her usual reporting time, or as soon
as possible thereafter, of his/her inability to report
to work. Failure to do so may be cause for denial of
sick leave for the period of absence. Denial of sick
leave will result in the employee's being charged with
vacation leave.

44

(2) For periods of absence in excess of three (3)
consecutive working days, or anytime at the request of
the department head, the employee may be required to
submit a medical certificate signed by a licensed
physician certifying that the employee has been
incapacitated for work for the period of absence and
when he/she will again be physically able to perform
his/her duties. Employees returning to work after a
sickness or sick leave may be required to undergo a
medical examination to determine whether or not they
are physically able to return to work. Such
examination, when required, will be conducted by
such physician or physicians as may be designated by
the city.

g. At the request of the employee, any accrued vacation leave
may be used for illness as though it were sick leave, if
the employee does not have sufficient sick leave accrued to
cover the absence.

h. Advanced sick leave will not be granted an employee under
any circumstances.

i. Any unjustified or fraudulent claim for sick leave may be
charged as vacation leave, or result in loss of pay or
other disciplinary action (to include dismissal where
appropriate).

j. When a city authorized paid holiday occurs during the
period an employee is on sick leave, the employee will

45

receive his/her regular holiday pay and that day will not
be charged against his/her sick leave.

k.  Sick leave is not a benefit payable upon demand.  It is
provided to insure that no employee who is unable to work
due to illness, feels compelled for financial reasons to do
so.  When an employee leaves city employment, his/her
accrued sick leave will be forfeited.

l.  When an employee is absent due to an injury for which
compensation is provided under the state's workmen's
compensation program, benefits will be paid in accordance
with such law.  Sick leave may not be taken when an
employee is receiving workmen's compensation benefits.

4.  Administrative Leave Policy.

All employees, regardless of employment class and status, may
be authorized leave with pay by their department head for the
following reasons.  Such leave will not be charged against the
vacation or sick leave of those employees who earn vacation and
sick leave.

a.  Civil/Legal Leave:  Leave granted the employee for jury
duty, for court attendance as a witness in cases not
involving personal litigation, or for voting.  The length
of time granted for voting, provided the polls are not open
at least two hours before or after the employee's scheduled
hours of work, will be the reasonable time necessary to
vote and normally will be granted at the start or end of a
workday.  Attendance in court by law enforcement personnel,

46

or other employees, in an official capacity is not
considered as civil/legal leave but as work time.  The
provisions of any law or department rule that may require
witness fees received by employees in an official capacity
to be turned into the city will be observed.  In other
situations any fees paid the employee will be retained by
the employee in addition to his/her civil/legal leave pay.

b.  Bereavement Leave:  Leave granted an employee who has a
death in his/her immediate family (spouse, children,
children's spouses, grandchildren, parents, parents-in-law,
grandparents, spouse's grandparents, bothers, sisters,
brothers-in-law, sisters-in-law).  Each such leave will not
exceed three (3) days.

c.  Hazardous Weather:

(1)  When considered necessary for the safety of city
employees, the city council may authorize a late
arrival time or an early departure time due to severe
weather conditions.  Such time will be reported on
department attendance reports as administrative leave
(hazardous weather).

(2)  When hazardous weather occurs, employees of specific
departments may be required to report to work to
perform essential city operations.  Employees will be
contacted by their supervisors, when their attendance
for work is required.

47

48

5. Military Leave Policy.

a. Authorization of military leave will be in accordance with the Code of Alabama, 1975, Title 31-2-13, as summarized below.

(1) A classified or unclassified employee, who is an active member of the national guard, naval militia, or the Alabama state guard organized in lieu of the national guard, or of any other reserve component of the Armed Forces of the United States, will be granted military leave of absence from his/her respective duties on all days that he/she is engaged in field or coast defense, or other training, or on other service ordered under the provisions of the National Defense Act, or of the federal laws governing the United States Reserves, without loss of pay, time, efficiency rating, vacation or sick leave, or any other city provided benefit.

(2) Eligible employees, who anticipate military service under the provisions of these procedures, should notify their department head at the beginning of each calendar year, or as soon as possible thereafter, of the date(s) of their required service.

(3) No such persons granted such leave of absence with pay will be paid for more than twenty-one (21) working days per calendar year.

49

(4) Eligible employees will be entitled, in addition to the above, to be paid for no more than twenty-one (21) working days at any one time while called to duty by the governor in the active service of the state.

b. An eligible employee who wishes to be granted military leave must submit a copy of his/her military orders with his/her leave request. Such request will be submitted as soon as the employee becomes aware of his/her projected dates of service.

6. Leave Without Pay Policy.

a. Sickness or Disability. Classified and unclassified employees may be granted leave without pay for a period not to exceed one hundred eighty (180) days for temporary sickness, disability, or for other reason(s) of a like or critical nature. Such leave will require prior approval of the city manager. The request must be supported by a statement from the employee's physician or other recognized authority. The city may require a second opinion from a physician of its choice. Leave without pay for sickness or disability will not be granted until all accrued leaves are expended.

b. Military Duty.

(1) A classified or unclassified employee, who is called to active duty with the Armed Forces of the United States, will be granted leave without pay. Upon release from military service, he/she will be

reemployed by the city in a comparable position that is no lower in grade or pay than that in which he/she was employed at the time of his/her call-up; provided, he/she is physically and mentally suited to perform the required duties and, he/she makes application for reemployment to the city within ninety (90) days following honorable separation from the Armed Forces of the United States (ten (10) days if rejected for service).

    (2) Failure to apply for reinstatement within the allotted time periods will constitute waiver of these rights.

c. Subject to the city manager's approval, classified or unclassified employees may be granted a leave of absence without pay for a period not to exceed one (1) year in accordance with the following conditions:

    (1) Such leave does not cause an undue hardship on the city.

    (2) An employee will not be granted a leave of absence for the purpose of seeking or taking employment elsewhere, or operating a private business.

    (3) When the leave of absence expires, the employee will be reinstated to the position he/she held at the time the leave was granted or a comparable position, if one is available.

    (4) Failure of an employee who has been granted leave without pay to report for duty promptly at the end of the leave may be cause for separation.

    (5) An employee granted leave without pay, except leave granted for military duty, may be required to return to work before his/her leave expires, if necessary for the effective operation of the city. An employee who does not return at the required time is considered to have resigned and may be separated.

    (6) An employee returning from a leave of absence must successfully pass a preemployment physical examination and must meet the usual physical qualifications for employment. However, an employee will not be disqualified for employment because of any physical defect on his/her record prior to the request for leave, unless there is reason to believe that the defect has developed into a condition which might seriously interfere with his/her work or endanger the safety or health of himself/herself or others.

    (7) Leave without pay, except leave granted for military duty, is at the discretion of the city manager.

    (8) No city paid benefits (vacation and sick leaves, insurance premiums, retirement credits, etc.) will accrue to any employee who is in a nonpay status for more than fifteen (15) working days during the month. An employee in a nonpay status, including suspension



without pay, that exceeds fifteen (15) days during the month will be required to reimburse the city for all benefit costs paid by the city on behalf of the employee.

(9) Any individual hired to perform the duties of an employee granted leave without pay, except leave granted for military duty, will be hired as a temporary employee. Such individual will be required to acknowledge in writing to the personnel officer that he/she understands this provision.

D. OFFICIAL HOLIDAYS.

1. All classified, unclassified and part-time employees are eligible for paid holidays in the City of Lanett.

2. The authorized holiday schedule will be approved by the city council and published by the city manager at the beginning of each calendar year.

3. The following days normally will be observed each calendar year as official paid holidays for eligible city employees:

| a. New Year's Days | January 1st |
| b. Martin Luther King | 3rd Monday in January |
| c. Memorial Day | Last Monday in May |
| d. Independence Day | July 4th |
| e. Labor Day | 1st Monday in September |
| f. Veteran's Day | November 11th |
| g. Thanksgiving Day | 4th Thursday in November |
| h. Friday after Thanksgiving | 4th Friday in November |
| i. Christmas Eve | December 24th |
| j. Christmas Day | December 25th |
| k. employee birthday | |

4. When an authorized paid holiday falls on Sunday, the holiday will be observed on Monday after the holiday. When a paid holiday falls on Saturday, the holiday will be observed on Friday before the holiday.

5. The department head will designate the workday that will be observed as a paid holiday for those eligible employees who work a workweek other than Monday through Friday.

6. Eligible employees, regardless of whether they work on the holiday or not, will be paid holiday pay at their normal daily rate of pay for each authorized paid holiday. No employee is eligible for more than eight (8) hours of holiday pay for each paid holiday. Under the FLSA, holiday time does not counted as hours worked during a workweek/work period unless the employee actually works on that day. If the time worked exceeds the regular hours established for the workweek/work period, the overtime pay will be calculated at one and one-half times the regular rate of pay for each hour worked that exceeds the regular hours for the established workweek/work period, in accordance with the FLSA.

7. An employee, who is eligible for holiday pay and is required to work an authorized holiday, will be paid at his/her regular rate of pay for all hours worked on the holiday in addition to a holiday premium pay. Such premium pay will be calculated at one-half the employee's regular hourly rate of pay for each hour worked on the holiday up to a maximum of eight (8) hours. This pay will be given in addition to holiday pay.

8. To be entitled to receive holiday pay for an authorized paid holiday an eligible employee must either be present at work or on approved leave with pay the work days scheduled immediately preceding and following a paid holiday. If an absence is unauthorized for either of these days, holiday pay will not be paid.

E. ATTENDANCE RECORDS.

1. A centralized attendance record will be maintained for each employee by the personnel officer. This record will reflect:

   a. the established workweek/period;

   b. hours on duty for each day;

   c. authorized and/or unauthorized absences including sick leave, vacation leave, administrative leave, military leave, and leave without pay.

2. An employee's attendance record will be made available to him/her for inspection upon request.

3. The head of each department is responsible for insuring that department employees work the approved scheduled work hours and for the accurate completion of an attendance report for each employee within his/her department for each pay period. A department time and attendance report will be submitted by the department head each pay period. The department head is responsible for the accuracy of entries made on any time cards.

54

## SECTION X

### COMPENSATION AND BENEFITS

A. CLASSIFICATION PLAN.

1. All positions in the city service will have an approved written job description that describes the duties, knowledge, skills, and abilities required to properly perform the job. When a new job is created, or a substantial change is made to an existing job, the personnel officer will, in coordination with the department head, prepare a new job description, recommend a proper grade, and obtain the city manager's approval for the new job and/or grade.

2. Every position in the city will be designated as classified, unclassified, part-time, or temporary, as appropriate.

3. A classification plan will be established and maintained by the city. The plan will list every job/position in the city service by grade level. No deviations in grade levels may be made from the approved classification plan. When circumstances warrant, the plan or the classification of a particular job in the plan may be amended by the city council.

B. PAY PLAN.

1. The pay of all employees, other than those whose pay is established by state law, will be fixed in accordance with the approved city pay plan. The approved pay rates for every job grade listed in the classification plan will be approved by the city council.

55

56

2. The pay plan will be used in conjunction with the classification plan to determine the pay of those employees who are paid from city funds.

3. The city pay plan will be strictly followed.

C. BENEFITS.

1. Workmen's Compensation.

a. The city provides automatic insurance coverage in accordance with state law for any injury an eligible employee may sustain on the job.

b. Benefits and eligibility will be determined in accordance with criteria specified in the Code of Alabama, 1975, Title 25-5.

c. Every injured employee or his representative will, within five days after the occurrence of an accident, give or cause to be given, written notice of the accident to the city. Failure to give such notice may result in the loss of physician or medical fees and any other type of compensation due the employee.

d. The insurance clerk, will assist the injured employee, in completing all necessary forms and reports.

2. Unemployment Insurance.

a. Employees who are separated from city service may be eligible to receive unemployment compensation benefits provided:

(1) unemployment is not brought about by the voluntary

---

57

(2) the employees have completed the required employment to be eligible.

b. Eligibility and authorized benefits will be determined in accordance with guidelines established by the Director of the Alabama Department of Industrial Relations.

c. Employees should contact the personnel officer for specific details.

3. Group Insurance.

a. The City of Lanett provides an employee insurance program for eligible employees. The insurance program includes life and health insurance as approved by the city council. The employee's coverage is a part of the employee's benefits package and will be paid by the city. The employee may extend coverage to eligible members of his/her family (spouse and/or children). The employee will pay the additional premium costs as established annually by the city council.

b. Eligible employees will select one of the following options for their employee insurance program coverage:

(1) no coverage;

(2) coverage for the employee only; or

(3) coverage for both the employee and his/her dependents.

c. A participating employee, who is placed in a leave without pay status that exceeds fifteen (15) working days during a month will be required to reimburse the city for all premiums paid by the city on his/her behalf.

d. For specific details concerning the insurance program, employees should contact the insurance clerk.

4. Loans and Advances.

a. The City of Lanett does not make loans or advances to any employee.

5. Training Program.

a. The City of Lanett may sponsor training programs periodically at which attendance by employees is required.

b. The following procedures will be followed for compensating employees who attend any city sponsored training programs away from their immediate area of employment. —

(1) Travel time will be calculated on the basis of the normal travel time from Lanett to the meeting place. Such travel time will be established by the personnel officer. Payment for such travel time will be at the employee's regular rate of pay, regardless of the time of day or day of the week of such travel.

(2) An employee will be compensated at his/her regular rate of pay for all time spent in attendance in the training program.

(3) Travel time in addition to the time spent attending the meeting will be counted as hours worked for the purpose of computing any overtime which may be due an employee.

58

---

## SECTION XI

## CONFLICTS OF INTEREST

A. PURPOSE. To identify those activities which are not consistent with high standards of public service and, thus contrary to the best interest of the City of Lanett. All Lanett employees are subject to these provisions.

B. POLICY.

1. The following actions will be considered as not in the best interests of the city:

a. Investments in real property or business in the immediate vicinity of a city project site which might appear to be speculative;

b. ownership exceeding one (1) percent in a public company holding a contract with the city;

c. the use of one's position and influence in the city to promote business with any company in which he/she has financial interest;

d. Involvement in an outside business activity ("moonlight-

59

---

(4) An employee will be reimbursed for any related expenses incurred in attending a city sponsored training program.

(5) An employee should discuss any required arrangements for the program prior to the beginning of the program with the personnel officer so that he/she understands his/her compensation and expense allowance.

60

ting") which conflicts with or limits the city's demands on the individual with respect to his/her availability for overtime work and/or his/her performance on the job, or which would reflect adversely on the city;

e. the use of one's position to contract, or to influence contracting, with any business for personal gain or to benefit friends, relatives, or associates;

f. political activities which might interfere or might be construed as interfering with an employee's ability to perform his/her duties, or are in violation of city, state, and/or federal laws; and

g. personal or written solicitation, or canvassing or circulation of literature for any purpose (except as provided below).

2. The solicitation of funds for recognized charitable organizations receiving general support in the community may be permitted as an exception to this policy, but only if such solicitation has the prior specific written approval of them mayor. Such approval will specify the area and time of such solicitation.

3. The solicitation of funds for flowers or aid for an employee in distress, or in the event of the death of an employee or a member of his/her family may be permitted as an exception to this policy, but only if such solicitation has the prior specific written approval of the mayor. Such approval will specify the area and time of such solicitation. Requests for

61

solicitation involving more than one department will be made to the personnel officer, who will obtain the prior specific written approval of the mayor.

4. Where further guidance is needed, employees and/or supervisors should consult with the personnel officer or the city manager.

C. Violation of any part of this section will be grounds for disciplinary actions in accordance with the provisions of SECTION

VII DISCIPLINARY ACTIONS.