IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STEVEN WOOD, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:07cv1128-MHT |
| ) | |
| CITY OF LANETT, a ) | |
| Municipality, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 24) is set for submission, without oral argument, on July 18, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 23rd day of June, 2008.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE